# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

CLAYTON BYRD in his official capacity )
as Executive Director of the )
TENNESSEE ALCOHOLIC )
BEVERAGE COMMISSION, *et al.*, )
)
    **Plaintiffs,** )   Case No. 3:16-cv-02738
)   Judge Sharp
    V. )
)
TENNESSEE WINE AND SPIRITS )
RETAILERS ASSOCIATION, )

    **Defendant.**

## ORDER

For the reasons set forth in the Memorandum filed contemporaneously herewith, Plaintiff Tennessee Fine Wines and Spirits, LLC's (d/b/a Total Wine Spirits Beer & More) Motion for Partial Summary Judgment, (Docket No. 55), is hereby GRANTED. The Court declares the residency requirements under Tenn. Code Ann. § 57-3-204 unconstitutional and enjoins their enforcement.

This order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE